**WO**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br> v.<br><br>Albert Marwin Cook<br><br>   Defendant.<br><br>Havasupai Indian Tribe<br><br>   Garnishee. | **CR 98-0096-001-PCT-RCB**<br><br>**ORDER QUASHING WRIT OF CONTINUING GARNISHMENT** |

  Upon consideration of the Motion to Quash Writ of Continuing Garnishment filed by the Plaintiff in the above cause.

  IT IS HEREBY ORDERED that the Writ of Continuing Garnishment issued on or about September 6, 2012, be and same is hereby quashed.

  DATED this 9th day of January, 2013.

               /s/ Robert C. Broomfield
               Robert C. Broomfield
               Senior United States District Judge